1  SONIA MARTIN (STATE BAR NO. 191148)
   ANNA S. YOUSSEFI (STATE BAR NO. 260911)
2  DENTONS US LLP
   One Market Plaza, Spear Tower, 24th Floor
3  San Francisco, California 94105
   Telephone:   (415) 267-4000
4  Facsimile:   (415) 267 4198
   E-mail:      sonia.martin@dentons.com
5               anna.youssefi@dentons.com

6  MARK HANOVER (*pro hac vice*)
   DENTONS US LLP
7  233 South Wacker Drive, Suite 5900
   Chicago, Illinois 60606
8  Telephone:   (312) 876-8000
   Facsimile:   (312) 876-7934
9  E-mail:      mark.hanover@dentons.com
   ATTORNEYS FOR DEFENDANT
10 AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard P. Parducci, as conservator for and on behalf of Margarett Parducci and as Trustee of the JOHN A. PARDUCCI AND MARGARETT L. PARDUCCI SURVIVOR'S TRUST dated December 28, 1987,<br><br>Plaintiff,<br><br>v.<br><br>Overland Solutions, Inc., AMCO Insurance Company and Does 1-20,<br><br>Defendant. | Case No. 3:18-cv-07162-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE ON THRESHOLD MOTIONS** |

Plaintiff Richard P. Parducci, as conservator for and on behalf of Margarett Parducci and as Trustee of the JOHN A. PARDUCCI AND MARGARETT L. PARDUCCI SURVIVOR'S TRUST dated December 28, 1987 ("Plaintiff") and Defendants Overland Solutions, Inc. ("Overland") and AMCO Insurance Company ("AMCO"), by and through their respective counsel, hereby stipulate and agree as follows, and request the Court approve their

stipulation for good cause shown:

WHEREAS, Plaintiff filed the Complaint in this action on November 27, 2018 (Dkt. No. 5);

WHEREAS, AMCO filed a motion to dismiss and motion to strike on February 15, 2019 (Dkt. Nos. 17, 19) with a hearing date of April 25, 2019;

WHEREAS, Overland filed a motion to dismiss on February 15, 2019 (Dkt. No. 20) with a hearing date of April 4, 2019;

WHEREAS, in the interest of efficiency and convenience of the Court and the parties, the parties wish to coordinate the briefing schedule on the Overland motion to dismiss with the briefing schedule on the motion to dismiss and motion to strike filed by AMCO;

The parties therefore stipulate and agree to the following schedule:

| | |
|---|---|
| Plaintiff's Oppositions to Defendants' motions shall be due on: | March 15, 2019 |
| Defendants' Replies shall be due on: | April 5, 2019 |
| Hearing on threshold motions: | April 25, 2019 |

WHEREAS, the parties respectfully request, for good cause shown, that the Court approve the above schedule for the briefing of Defendants' threshold motions.

**IT IS SO STIPULATED**.

Dated: February 27, 2019   DENTONS US LLP

By: /s/ Anna Youssefi
Anna Youssefi

Attorneys for Defendant
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Jon S. Tigar

Dated: February 28, 2019

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

Dated: February 27, 2019　　　　　　　　　TROUTMAN SANDERS LLP

By: */s/* Katharine L. Malone
　　Mark C. Mao
　　Katharine L. Malone

Attorneys for Defendant
OVERLAND SOLUTIONS, INC.

Dated: February 27, 2019　　　　　　　　　LAW OFFICES OF LAWRENCE G. PAPALE

By: */s/* Lawrence G. Papale
　　Lawrence G. Papale

Attorneys for Plaintiff
RICHARD P. PARDUCCI

**IT IS SO ORDERED.**

Dated: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

CASE NO. 3:18-CV-07162-JST

- 3 -

STIPULATION AND [PROPOSED] ORDER
TO SET BRIEFING SCHEDULE ON
THRESHOLD MOTIONS

**FILER'S ATTESTATION:**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: February 27, 2019　　　　　　　　　By: /s/　Anna Youssefi
　　　　　　　　　　　　　　　　　　　　　　　　Anna Youssefi

110360914

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000