SONIA MARTIN (STATE BAR NO. 191148)
ANNA S. YOUSSEFI (STATE BAR NO. 260911)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone:     (415) 267-4000
Facsimile:      (415) 267 4198
E-mail:         sonia.martin@dentons.com
                anna.youssefi@dentons.com

MARK HANOVER (*pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Telephone:     (312) 876-8000
Facsimile:      (312) 876-7934
E-mail:         mark.hanover@dentons.com
ATTORNEYS FOR DEFENDANT
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard P. Parducci, as conservator for and on behalf of Margarett Parducci and as Trustee of the JOHN A. PARDUCCI AND MARGARETT L. PARDUCCI SURVIVOR'S TRUST dated December 28, 1987,<br><br>Plaintiff,<br><br>v.<br><br>Overland Solutions, Inc., AMCO Insurance Company and Does 1-20,<br><br>Defendant. | Case No. 3:18-cv-07162-JST<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE ON THRESHOLD MOTIONS** |

Plaintiff Richard P. Parducci, as conservator for and on behalf of Margarett Parducci

and as Trustee of the JOHN A. PARDUCCI AND MARGARETT L. PARDUCCI

SURVIVOR'S TRUST dated December 28, 1987 ("Plaintiff") and Defendants Overland

Solutions, Inc. ("Overland") and AMCO Insurance Company ("AMCO"), by and through their

respective counsel, hereby further stipulate and agree as follows, and request the Court

approve their stipulation for good cause shown:

WHEREAS, Plaintiff filed the Complaint in this action on November 27, 2018 (Dkt. No. 5);

WHEREAS, AMCO filed a motion to dismiss and motion to strike on February 15, 2019 (Dkt. Nos. 17, 19);

WHEREAS, Overland filed a motion to dismiss on February 15, 2019 (Dkt. No. 20);

WHEREAS, the Court entered an Order granting the parties' Stipulation and Proposed Order to Set Briefing Schedule on Threshold Motions to coordinate their briefing schedules on February 28, 2019 (Dkt. No. 23.)

WHEREAS, the briefing schedule for the threshold motions currently requires Plaintiffs' oppositions to be filed by March 15, 2019 and Defendants' replies to be filed by April 5, 2019, and provides for a hearing date of April 25, 2019. (*Id.*)

WHEREAS, both lead counsel for Plaintiff have experienced serious family medical emergencies in the last week and have requested a short one week extension of the briefing schedule, which is agreeable to counsel for Defendants. In light of the unexpected family emergencies, the parties agree to extend the briefing schedule on threshold motions.

The parties therefore stipulate and agree to the following schedule:

| | |
|---|---|
| Plaintiff's Oppositions to Defendants' motions shall be due on: | March 22, 2019 |
| Defendants' Replies shall be due on: | April 12, 2019 |
| Hearing on threshold motions: | May 9, 2019 |

WHEREAS, the parties respectfully request, for good cause shown, that the Court approve the above schedule for the briefing of Defendants' threshold motions.

**IT IS SO STIPULATED**.

Dated: March 15, 2019

IT IS SO ORDERED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

FURTHER STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE ON THRESHOLD MOTIONS

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

Dated: March 14, 2019          DENTONS US LLP


By: /s/ Anna Youssefi
     Anna Youssefi

Attorneys for Defendant
AMCO INSURANCE COMPANY


Dated: March 14, 2019          TROUTMAN SANDERS LLP


By: /s/ Katharine Malone
     Mark C. Mao
     Katharine L. Malone

Attorneys for Defendant
OVERLAND SOLUTIONS, INC.


Dated: March 14, 2019          LAW OFFICES OF LAWRENCE G. PAPALE


By: /s/ Lawrence Papale
     Lawrence G. Papale

Attorneys for Plaintiff
RICHARD P. PARDUCCI


**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE


CASE NO. 3:18-CV-07162-JST

- 3 -

FURTHER STIPULATION AND
[PROPOSED] ORDER TO SET BRIEFING
SCHEDULE ON THRESHOLD MOTIONS

**FILER'S ATTESTATION:**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  March 14, 2019

By: /s/    Anna Youssefi
Anna Youssefi

110495465

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000