# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

RICHARD P. PARDUCCI,

    Plaintiff,

    v.

OVERLAND SOLUTIONS, INC., et al.,

    Defendants.

Case No. 18-cv-07162-JST

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Orrick for consideration of whether the case is related to *Parducci v. Overland Solutions, Inc.*, 17-cv-06692-WHO.

**IT IS SO ORDERED.**

Dated: March 26, 2019



JON S. TIGAR
United States District Judge