SONIA MARTIN (STATE BAR NO. 191148)
ANNA S. YOUSSEFI (STATE BAR NO. 260911)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone: (415) 267-4000
Facsimile: (415) 267 4198
E-mail: sonia.martin@dentons.com
anna.youssefi@dentons.com

MARK HANOVER (*pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
E-mail: mark.hanover@dentons.com
ATTORNEYS FOR DEFENDANT
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard P. Parducci, as conservator for and on behalf of Margarett Parducci and as Trustee of the JOHN A. PARDUCCI AND MARGARETT L. PARDUCCI SURVIVOR'S TRUST dated December 28, 1987,<br><br>Plaintiff,<br><br>v.<br><br>Overland Solutions, Inc., AMCO Insurance Company and Does 1-20,<br><br>Defendant. | Case No. 3:18-cv-07162-WHO<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON THRESHOLD MOTIONS** |

Plaintiff Richard P. Parducci, as conservator for and on behalf of Margarett Parducci and as Trustee of the JOHN A. PARDUCCI AND MARGARETT L. PARDUCCI SURVIVOR'S TRUST dated December 28, 1987 ("Plaintiff") and Defendants Overland Solutions, Inc. ("Overland") and AMCO Insurance Company ("AMCO"), by and through their respective counsel, hereby further stipulate and agree as follows, and request the Court approve their stipulation for good cause shown:

WHEREAS, Plaintiff filed the Complaint in this action on November 27, 2018 (Dkt. No. 5);

WHEREAS, AMCO filed a motion to dismiss and motion to strike on February 15, 2019 (Dkt. Nos. 17, 19);

WHEREAS, Overland filed a motion to dismiss on February 15, 2019 (Dkt. No. 20);

WHEREAS, the Court entered a Related Case Order and ordered this case reassigned to Judge William H. Orrick on April 8, 2019 (Dkt. No. 34);

WHEREAS, the Court reset the hearing on the threshold motions for May 15, 2019 (Dkt. No. 37) after entering the Related Case Order (Dkt. No. 34);

WHEREAS, on May 10, 2019 the Court reset the hearing on the threshold motions for May 22, 2019 (Dkt. No. 43);

WHEREAS, both lead counsel for Defendant AMCO are unavailable to attend the hearing on May 22, 2019 due to out of state work commitments that cannot be rescheduled. Counsel for Plaintiff and counsel for Overland have agreed to continue the hearing on the threshold motions to June 19, 2019.

The parties therefore stipulate and agree that the hearing on the threshold motions be continued to June 19, 2019, subject to the Court's approval.

WHEREAS, the parties respectfully request, for good cause shown, that the Court continue the hearing date on Defendants' threshold motions to June 19, 2019.

**IT IS SO STIPULATED**.

CASE NO. 3:18-CV-07162-WHO

- 2 -

FURTHER STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON THRESHOLD MOTIONS

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 14, 2019 | DENTONS US LLP |
| 3 | | |
| 4 | | By: /s/ Anna Youssefi |
| 5 | | Anna Youssefi |
| 6 | | Attorneys for Defendant<br>AMCO INSURANCE COMPANY |
| 7 | | |
| 8 | | |
| 9 | Dated: May 14, 2019 | TROUTMAN SANDERS LLP |
| 10 | | |
| 11 | | By: */s/* Katharine Malone |
| 12 | | Mark C. Mao<br>Katharine L. Malone |
| 13 | | Attorneys for Defendant |
| 14 | | OVERLAND SOLUTIONS, INC. |
| 15 | | |
| 16 | Dated: May 14, 2019 | LAW OFFICES OF LAWRENCE G. PAPALE |
| 17 | | |
| 18 | | |
| 19 | | By: */s/* Lawrence Papale<br>Lawrence G. Papale |
| 20 | | Attorneys for Plaintiff |
| 21 | | RICHARD P. PARDUCCI |
| 22 | | |
| 23 | **IT IS SO ORDERED.** | |
| 24 | Dated: May 17, 2019 | |
| 25 | | THE HONORABLE WILLIAM H. ORRICK |
| 26 | | UNITED STATES DISTRICT JUDGE |
| 27 | | |
| 28 | | |

CASE NO. 3:18-CV-07162-WHO

- 3 -

FURTHER STIPULATION AND
[PROPOSED] ORDER TO CONTINUE
HEARING ON THRESHOLD MOTIONS

**FILER'S ATTESTATION:**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: May 14, 2019     By: /s/   Anna Youssefi
                             Anna Youssefi

110984128

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000